UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA SPRINGFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:08CV1861 HEA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant, | ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order dated this same date.

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is affirmed.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint is dismissed with prejudice.

Dated this 15th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE